UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

| | |
|---|---|
| CHRISTOPHER PAUL CASSELL, | Chapter 7 |
| | Case No. 05-49662-SWR |
| Debtor. | Hon. Steven W. Rhodes |

_____/

CHRISTOPHER PAUL CASSELL,

    Appellant,                                                   **United States District Court**
                                                         **Civil Case No. 05-cv-74346**
v.                                                               **Hon. Paul D. Borman**

PAUL KURILY and DOLORES KURILY,

    Appellees.

_____/

## ORDER DISMISSING CASE UPON STIPULATION

      At a session of said Court held in the U.S. Courthouse,
Detroit, Michigan on    July 10, 2006   .

      PRESENT:
                  UNITED STATES DISTRICT JUDGE

    Christopher P. Cassell by and through his attorney Robert D. Buechler of Touma, Watson, Whaling, Coury & Castello, P.C., and Paul and Delores Kurily, by and through their attorney Thomas R. Morris, having stipulated to the entry of this Order, and it appearing to the Court as follows:

    That parties have resolved their dispute and consent to dismissal of the above-captioned appeal.

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that the above-captioned case is hereby dismissed with prejudice and without costs to either party.

        s/Paul D. Borman  
        PAUL D. BORMAN  
        UNITED STATES DISTRICT JUDGE

Dated: July 10, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 10, 2006.

        s/Denise Goodine  
        Case Manager

## **STIPULATION**

The parties hereto, through their respective undersigned counsel, hereby stipulate to the entry of this Order.

        Respectfully submitted,

| SILVERMAN & MORRIS, P.L.L.C | TOUMA, WATSON, WHALING, COURY & CASTELLO, P.C. |
|---|---|
| /s/ with consent of Thomas R. Morris | /s/ Robert D. Buechler |
| Thomas R. Morris (P39141) | Robert D. Buechler (P66256) |
| Attorneys for Appellees | Attorneys for Appellant |
| 7115 Orchard Lake Road, Suite 500 | 316 McMorran Boulevard |
| West Bloomfield, Michigan 48322 | Port Huron, Michigan 48060 |
| (248) 539-1330 | (810) 987-7700 |
| morris@silvermanmorris.com | rdbuechler@twwcc.com |

Dated: July 5, 2006